[No. 9416–5–I.   Division One.   June 28, 1982.]

GAVIN WISHART, *Respondent,* v. LLOYD B.
PATTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Island
County, No. 11530, Richard L. Pitt, J., entered September
26, 1980. *Reversed* and *remanded* by unpublished opinion
per Corbett, J., concurred in by James and Ringold, JJ.

[No. 9994–9–I.   Division One.   June 28, 1982.]

CAPITAL HILL COMMUNITY COUNCIL, *Appellant,* v. THE
CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 79–2–06522–6, Peter K. Steere, J., entered
June 24, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Durham, A.C.J., and Corbett,
J.

[No. 10290–7–I.   Division One.   June 28, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80–1–01023–3, Daniel T. Kershner, J.,
entered February 6, 1981. *Affirmed* by unpublished opinion
per James, J., concurred in by Andersen, C.J., and Durham,
J.